# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CONAWAY, RANDY L. | § | Case No. 12-20719 |
| POWERS, VELMA J. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The case was converted to one under Chapter 7 on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Elizabeth C. Berg_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-20719 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|---|
| Case Name: | CONAWAY, RANDY L. | | | Date Filed (f) or Converted (c): | 09/11/12 (c) |
| | POWERS, VELMA J. | | | 341(a) Meeting Date: | 10/25/12 |
| For Period Ending: | 06/25/14 | | | Claims Bar Date: | 01/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence  Single Family Dwelling 43 W. 330 Creekside Ct. St. Charles, IL 60175 | 255,112.00 | 25,000.00 | | 20,000.00 | FA |
| 2. Other Real Estate  Uninhabitable Farm House; Barn, 2 Story Residence 8.0 Acres 42W542 Rt. 64 St. Charles, IL 60175  Cross Collateralized w/ 4 acre property | 150,000.00 | 0.00 | | 0.00 | FA |
| 3. Other Real Estate  Single Use Commercial 4.0 Acres 6 N. 947 Rt. 47 Maple Park, IL 60151 *Cross Collateralized w/ Uninhabitable Farm House (Ridgestone Bank) | 300,000.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account  Harris Bank, St. Charles | 12,672.67 | 0.00 | | 0.00 | FA |
| 5. Checking Account  PNC Checking | 1,328.46 | 0.00 | | 0.00 | FA |
| 6. Schwab Brokerage  Schwab Brokerage | 45,365.00 | 46,268.92 | | 46,268.92 | FA |
| 7. Household Goods and Furnishings  Household Goods and Furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel  Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 9. Furs and Jewelry  Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Insurance Policies  Country Companies $100,000.00 Term | 0.00 | 0.00 | | 0.00 | FA |
| 11. Insurance Policies  Country Companies $100,000.00 Term | 0.00 | 0.00 | | 0.00 | FA |
| 12. Pension, Retirement, Profit Sharing | 3,297.00 | 0.00 | | 0.00 | FA |

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                 Ver: 18.00a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-20719 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|---|
| Case Name: | CONAWAY, RANDY L. | | | Date Filed (f) or Converted (c): | 09/11/12 (c) |
| | POWERS, VELMA J. | | | 341(a) Meeting Date: | 10/25/12 |
| | | | | Claims Bar Date: | 01/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Waddle & Reed Traditional IRA 13. Pension, Retirement, Profit Sharing Waddle & Reed Traditional IRA | 2,242.00 | 0.00 | | 0.00 | FA |
| 14. Pension, Retirement, Profit Sharing Schwab Traditional IRA | 3,621.00 | 0.00 | | 0.00 | FA |
| 15. Pension, Retirement, Profit Sharing Schwab Roth IRA | 43,911.00 | 0.00 | | 0.00 | FA |
| 16. Pension, Retirement, Profit Sharing Schwab Roth IRA | 45,012.00 | 0.00 | | 0.00 | FA |
| 17. 75% R.L. Conaway & Assoc., Inc. d/b/a FORSTAR Qual 75% R.L. Conaway & Assoc., Inc. d/b/a FORSTAR Quality Landscaping | 0.00 | 0.00 | | 0.00 | FA |
| 18. 25% R.L. Conaway & Assoc., Inc. d/b/a FORSTAR Qual 25% R.L. Conaway & Assoc., Inc. d/b/a FORSTAR Quality Landscaping | 0.00 | 0.00 | | 0.00 | FA |
| 19. 45% Foracres, Inc. 45% Foracres, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 20. 55% Foracres, Inc. 55% Foracres, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 21. 50% Member: RA & VE, LLC 50% Member: RA & VE, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 22. 50% Member: RA & VE, LLC 50% Member: RA & VE, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 23. FOID (Illinois) FOID (Illinois) | 0.00 | 0.00 | | 0.00 | FA |
| 24. Vehicles | 300.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| Case No: | 12-20719 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
| Case Name: | CONAWAY, RANDY L. | | | Date Filed (f) or Converted (c): | 09/11/12 (c) |
| | POWERS, VELMA J. | | | 341(a) Meeting Date: | 10/25/12 |
| | | | | Claims Bar Date: | 01/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. 1985 Chevrolet Pickup Vehicles | 800.00 | 0.00 | | 0.00 | FA |
| 26. 1995 Chevrolet Pickup Vehicles | 1,250.00 | 0.00 | | 0.00 | FA |
| 27. 1995 Chevrolet Pickup Vehicles | 900.00 | 0.00 | | 0.00 | FA |
| 28. 1999 Chevrolet Truck (Owned Jointly with FORSTAR Landscaping) 2010 Chevrolet Silverado | 25,000.00 | 0.00 | | 0.00 | FA |
| 29. 2010 Chevrolet Silverado Vehicles | 500.00 | 0.00 | | 0.00 | FA |
| 30. 1970 Fruehauf Corp Truck (Owned Jointly with Todd N. Williams) Vehicles | 1,500.00 | 0.00 | | 0.00 | FA |
| 31. 1999 GMC Yukon 2003 Haulmark Trailer (Owned Jointly with FORSTAR | 750.00 | 0.00 | | 0.00 | FA |
| 32. 2003 Haulmark Trailer (Owned Jointly with FORSTAR Landscaping) Cause of Action for intentional tort claim against Cause of Action for intentional tort claim against Jame Joseph Spicuzza, Charles John Enright, Corey Mark Rotza, and Ridgestone Bank | 0.00 | 0.00 | | 0.00 | FA |
| 33. Bank Account - DIP (u) | 0.00 | 19,829.65 | | 19,829.65 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $900,061.13 | $91,098.57 | | $86,098.57 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit A

| | | |
|---|---|---|
| Case No: | 12-20719    CAD    Judge: CAROL A. DOYLE | Trustee Name:    Elizabeth C. Berg |
| Case Name: | CONAWAY, RANDY L. | Date Filed (f) or Converted (c):    09/11/12 (c) |
| | POWERS, VELMA J. | 341(a) Meeting Date:    10/25/12 |
| | | Claims Bar Date:    01/28/13 |

TR appointed chapter 7 trustee in converted chapter 11 of couple owning landscaping business and multiple real properties.  TR investigated assets subject to liens of Ridgestone Bank, including multiple parcels of real estate and landscape equipment, determined no equity for estate and consented to relief from stay.  TR obtained turnover of DIP account and Debtors' non-exempt brokerage account.  TR negotiated purchase by Debtors of estate's interest in Debtors' residence with exempt retirement funds and collected $20,000. Trustee has reviewed claims, negotiated secured claim of Village of Lily Lake and Citizens Auto Finance to obtain withdrawal of claims; Trustee  filed and prevailed on claim objection against residential mortgagee.  Trustee filed Estate's final tax returns

Initial Projected Date of Final Report (TFR): 12/31/14          Current Projected Date of Final Report (TFR): 03/31/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-20719 -CAD | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | CONAWAY, RANDY L. | | Bank Name: | Associated Bank |
| | POWERS, VELMA J. | | Account Number / CD #: | *******5901  Checking Account |
| Taxpayer ID No: | *******9073 | | | |
| For Period Ending: | 06/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 85,586.17 | | 85,586.17 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 49.24 | 85,536.93 |
| 02/06/14 | 005001 | International Sureties, Ltd. | 2013 Bond Premium | 2300-000 | | 58.78 | 85,478.15 |
| | | Suite 420 | Bond Number:  #016026455 | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 127.15 | 85,351.00 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 114.65 | 85,236.35 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 126.72 | 85,109.63 |

| | Account *******5901 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 1 | Checks | 58.78 |
| | 0 | Interest Postings | 0.00 | 4 | Adjustments Out | 417.76 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 476.54 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 85,586.17 | | | |
| | | Total | $ 85,586.17 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM2T4

Ver: 18.00a

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-20719 -CAD | | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- | --- |
| Case Name: | CONAWAY, RANDY L. | | Bank Name: | Congressional Bank |
| | POWERS, VELMA J. | | Account Number / CD #: | *******8522  Checking Account |
| Taxpayer ID No: | *******9073 | | | |
| For Period Ending: | 06/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/12 | 33 | Velma Powers<br>Chase Cashier's Check | Debtors' DIP Account Balance | 1229-000 | 19,829.65 | | 19,829.65 |
| 10/18/12 | 6 | Charles Schwab<br>211 Main Street<br>San Francisco, CA  94105 | Turnover - Brokerage Acct Funds | 1129-000 | 46,268.92 | | 66,098.57 |
| 01/29/13 | 1 | Randy Conaway<br>Chase Cashier's Check | INTEREST IN 43W330 CREEKSIDE CT | 1110-000 | 20,000.00 | | 86,098.57 |
| 02/15/13 | 001001 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans,  LA  70139 | Trustee Bond Annual Premium<br>Bond # 016026455 | 2300-000 | | 71.22 | 86,027.35 |
| 03/08/13 | | CONGRESSIONAL BANK<br>6500 ROCK SPRING DRIVE<br>SUITE 300<br>BETHESDA, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 82.54 | 85,944.81 |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 91.26 | 85,853.55 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 88.27 | 85,765.28 |
| 06/18/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee actually occurred on June 4, 2013. TCMS will not allow me to back date more than 30 days. Transaction was entered on July 18. ~JMM 7.18.13 | 2600-000 | | 91.08 | 85,674.20 |
| 07/05/13 | | Congressional Bank<br>6500 Rock Spring Drive | Monthly Bank Service Fee | 2600-000 | | 88.03 | 85,586.17 |

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-20719 -CAD | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | CONAWAY, RANDY L. | | Bank Name: | Congressional Bank |
| | POWERS, VELMA J. | | Account Number / CD #: | *******8522  Checking Account |
| Taxpayer ID No: | *******9073 | | | |
| For Period Ending: | 06/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/20/13 | | Suite 300<br>Bethesda, MD 20817<br>Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 85,586.17 | 0.00 |

```
              Account  *******8522           Balance Forward              0.00
                                   3         Deposits                86,098.57    1    Checks                    71.22
                                   0         Interest Postings            0.00    5    Adjustments Out          441.18
                                                                                  1    Transfers Out         85,586.17
                                             Subtotal         $     86,098.57
                                                                                       Total         $     86,098.57
                                   0         Adjustments In               0.00
                                   0         Transfers In                 0.00

                                             Total           $      86,098.57


              Report Totals                  Balance Forward              0.00
                                   3         Deposits                86,098.57    2    Checks                   130.00
                                   0         Interest Postings            0.00    9    Adjustments Out          858.94
                                                                                  1    Transfers Out         85,586.17
                                             Subtotal         $     86,098.57
                                                                                       Total         $     86,575.11
                                   0         Adjustments In               0.00
                                   1         Transfers In            85,586.17

                                             Total           $     171,684.74          Net Total Balance  $   85,109.63
```

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 25, 2014 |

Case Number: 12-20719
Debtor Name: CONAWAY, RANDY L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 002<br>6210-16 | Golan & Christie<br>Attn: Robert Benjamin<br>70 W. Madison St. #1500<br>Chicago IL 60602 | Administrative | | $24,248.00 | $0.00 | $24,248.00 |
| 002<br>6220-17 | Golan & Christie<br>Attn: Robert Benjamin<br>70 W. Madison St. #1500<br>Chicago IL 60602 | Administrative | | $366.75 | $0.00 | $366.75 |
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $7,554.93 | $0.00 | $7,554.93 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $6,130.00 | $0.00 | $6,130.00 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | | $1,176.00 | $0.00 | $1,176.00 |
| 001<br>2200-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $18.02 | $0.00 | $18.02 |
| BOND 999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | 9010018522  02/15/13  1001<br>2221655901  02/06/14  5001 | $130.00<br><br>71.22<br>58.78 | $130.00 | $0.00 |
| | Subtotal for Class Administrative | | | $39,623.70 | $130.00 | $39,493.70 |
| 000002<br>070<br>7100-00 | Western Surveying & Engineering<br>c/o Edgerton & Edgerton<br>125 Wood St. PO Box 218<br>West Chicago, IL 60186 | Unsecured | | $11,899.69 | $0.00 | $11,899.69 |
| 000006A<br>070<br>7100-00 | Ridgestone Bank<br>c/o Edmond M. Burke, Esq.<br>Chuhak & Tecson, P.C.<br>30 S. Wacker Dr., Ste. 2600<br>Chicago, IL 60606 | Unsecured | Claim amended 11/15/13 to assert unsecured claim | $2,346,661.00 | $0.00 | $2,346,661.00 |
| | Subtotal for Class Unsecured | | | $2,358,560.69 | $0.00 | $2,358,560.69 |
| 000001<br>050<br>4110-00 | PNC Bank<br>P.O. Box 94982<br>Cleveland, OH 44101 | Secured | Secured claim valued at $0 per order 11/6/13<br>(1-1) collateral = 43W330 Creekside Court //  0708<br>(1-1) submitted by = Marcella Hamilton | $0.00 | $0.00 | $0.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 25, 2014 |

Case Number:   12-20719
Debtor Name:   CONAWAY, RANDY L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000003<br>050<br>4210-00 | Citizens Auto Finance<br>443 Jefferson Blvd<br>RJW 135<br>Warwick RI 02886 | Secured | Claim withdrawn 11/20/13 | $0.00 | $0.00 | $0.00 |
| 000004<br>050<br>4210-00 | PNC Bank, National Association<br>3232 Newmark Drive<br>Miamisburg, Ohio 45342 | Secured | Secured claim valued at $0 per order 11/6/13<br>(4-1) xxxxx7150 | $0.00 | $0.00 | $0.00 |
| 000005<br>050<br>4110-00 | Village of Lily Lake<br>c/o G Alexander McTavish<br>105 E Galena Blvd, Ste 800<br>Aurora, IL 60505 | Secured | Claim withdrawn 11/14/13 | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Secured | | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $2,398,184.39 | $130.00 | $2,398,054.39 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-20719
Case Name: CONAWAY, RANDY L.
            POWERS, VELMA J.
Trustee Name: Elizabeth C. Berg

Balance on hand                                                  $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | PNC Bank | $ | $ | $ | $ |
| 000003 | Citizens Auto Finance | $ | $ | $ | $ |
| 000004 | PNC Bank, National Association | $ | $ | $ | $ |
| 000005 | Village of Lily Lake | $ | $ | $ | $ |

Total to be paid to secured creditors                            $_____

Remaining Balance                                                $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Trustee Expenses: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Golan & Christie | $ | $ | $ |
| Other: Golan & Christie | $ | $ | $ |

Total to be paid for prior chapter administrative expenses    $_____

Remaining Balance                                              $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Western Surveying & Engineering | $ | $ | $ |
| 000006A | Ridgestone Bank | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE