UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-20719 |
| Randy L. Conaway and Velma J. Powers, | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtors. | ) | Hearing Date:  July 30, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:        Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:      Estate

Date of Order Authorizing
Employment:            September 12, 2012

Period for Which
Compensation is sought:    September 12, 2012 to Close of Case

Amount of Fees sought:    $7,554.93

Amount of Expense
Reimbursement sought:     $18.02

This is an:    Interim Application  __      Final Application  _X_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses **paid** to the Applicant to date for services rendered and expenses incurred herein is: _$0.00_.

Dated:  May 12, 2014                    Elizabeth C. Berg, Trustee of the Estate of
                              Randy L. Conaway & Velma J. Powers,
                              Debtors

                              By:  ___/s/Elizabeth C. Berg, Trustee___
                                  Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Randy L. Conaway & Velma J. Powers, | ) | Case No. 12-20719 |
| | ) | Honorable Carol A. Doyle |
| Debtors. | ) | |
| | ) | Hearing Date: July 30, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**Application for Allowance and Payment of Final Compensation
and Expense Reimbursement of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Randy L. Conaway and Velma J. Powers, debtors ("Debtors"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $7,554.93 as final compensation for services rendered as trustee in this case from September 12, 2012 through the close of this case and for reimbursement of expenses in the amount of $18.20.  In support thereof, Trustee states as follows:

**Introduction**

1.      The Debtors commenced this case on May 21, 2012 by filing a voluntary petition for relief under chapter 11 of the Code.  Thereafter, this case was converted to one under chapter 7 of the Code on September 11, 2012.

2.      Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.      As of the commencement of this case, the Estate's assets consisted of the funds in the Debtors' chapter 11 debtor-in-possession account as of the conversion of this case ("DIP Funds"); the non-exempt portion of the Debtors' stock brokerage account; and the equity in the Debtors' residence.

4.      The bar date for filing claims in this case was January 28, 2013.

**Prior Compensation and Expense Reimbursement**

5.      This is the first and final application ("Application") for allowance of compensation and expense reimbursement filed by Trustee in this case.

6.      Trustee has not previously received or been promised any payments for services rendered or to be rendered or expenses incurred in this case.

**Services Rendered by Trustee**

7.      Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate.  Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A.  The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A.      Trustee reviewed and analyzed the Debtors' Schedules of Assets and Liabilities; the Debtors' Statements of Financial Affairs; and conducted an examination of the Debtors pursuant to Section 341 of the Code;

B.      Trustee investigated and liquidated all assets of value to the Estate; upon her appointment, Trustee immediately asserted the Estate's interest in the Debtors' brokerage account and DIP Funds; Trustee pursued turnover of the funds in both accounts and ultimately, collected the DIP Funds totaling more than $19,800.00 and the non-exempt proceeds of the brokerage account totaling more than $46,000.00; Trustee investigated the market value of the real property to which the Debtors held an interest including the Debtors' residence and various investment properties to which the Debtors held an interest; Trustee obtained appraisals and market value analyses on the properties and analyzed the lien claims asserted against the properties; Debtors provided Trustee with an appraisal and market value analysis of their residence which did not indicate any equity available to the Estate; Trustee received a separate appraisal and market value analysis which suggested there would be equity available to the Estate

2

after payment of liens and costs of sale; Trustee initiated negotiations with the Debtors to sell the equity in residence back to the Debtors; ultimately, Trustee and Debtors reached an agreement for the Debtors to purchase the available equity in the residence; Trustee's attorneys obtained court approval of the proposed sale to the Debtors and, pursuant to this Court's order dated January 16, 2013, recovered $20,000.00 for the benefit of the Estate; Trustee investigated the mortgages of Ridgestone Bank against the Debtors' investment properties and the market value of those properties; as of the conversion of this case, Ridgestone's motions for relief from the automatic stay were pending with the Court; Trustee determined that there was no value to the Estate in the investment properties and did not oppose Ridgestone's motions for relief from the stay; subsequently, Trustee negotiated with Ridgestone to determine the value of its claim against the Estate; Ridgestone, in turn, amended its claim to assert a general unsecured claim in the amount of its deficiency balances;

C.      Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.      Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.      Trustee examined, analyzed and verified proofs of claim filed against the Estate; Trustee, with the assistance of her attorneys, resolved all claims issues related to invalid secured claims asserted against the Estate including negotiating for the withdrawal of two claims and obtaining a court order determining that the value of two other secured claims filed by a mortgagee was $0;

F.      Trustee attended to tax matters including hiring a tax accountant; and overseeing the preparation of Estate tax returns; and

G.     Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

## Funds Collected and Disbursed by Trustee

8.     Trustee has collected the sum of $86,098.57 on behalf of the Estate. Trustee has made $988.94 in disbursements in this case as of the date hereof.

9.     Copies of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

## Compensation Requested

10.     During the period covered by this Application, Trustee spent 45.30 hours rendering services on behalf of this Estate with a value of $11,578.50.   Trustee estimates that she will spend an additional three hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file her final account.

11     The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above, is $7,554.93 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $45,000.00 | $4,500.00 |
| 5% of the next $36,098.57 | $1,804.93 |
| Total allowable compensation | $7,554.93 |

12.     Based upon the caliber of the services rendered by Trustee, the results achieved in this case and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $7,554.93.   This

amount represents reasonable compensation for the services rendered by Trustee and equal to the maximum compensation allowable as set forth in paragraph 11 above.

## Reimbursement of Expenses

13.     In the performance of the services rendered herein, Trustee incurred actual and necessary expenses in the amount of $18.02 for which she requests reimbursement.  The expenses were incurred in connection with postage for the mailing of the Estate's tax returns to state and federal taxing authorities.  A detailed description of the expenses incurred is included within the billing statement attached hereto as Exhibit B.

14.     After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a 2% distribution to general unsecured creditors. Trustee does not anticipate that there will be a surplus of funds returned to the Debtors.

15.     An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

16.     Trustee requests that the compensation and expense reimbursement requested herein be paid from the Estate funds in her possession.

## Status of the Case

17.     The Trustee has liquidated or abandoned (or sought to abandon) all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

18.     Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Randy L. Conaway & Velma J. Powers, requests the entry of an order providing the following:

A.       Allowing to Trustee final compensation in the amount of $7,554.93 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from September 12, 2012 through the closing of this case;

B.       Allowing to Trustee reimbursement of actual and necessary expenses incurred in the amount of $18.02;

C.       Authorizing the Trustee to pay the amounts awarded from the Estate funds held by the Trustee as part of her final distribution in this case;

D.       For such other and further relief as this Court deems appropriate.


Dated:  May 12, 2014                    Elizabeth C. Berg, as trustee of the estate of
                                        Randy L. Conaway & Velma J. Powers, debtors


                                        By: _____/s/ Elizabeth C. Berg, as Trustee____
                                                      Elizabeth C. Berg
Elizabeth C. Berg
Attorney I.D. No. 6200886
20 N. Clark St., Suite 200
Chicago, IL  60602
(312) 726-8150

**Trustee's Final Fee Application      Randy L. Conaway & Velma J. Powers, Debtors**
**Case No. 12-20719**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

| | | |
|---|---|---|
| **Phone:** | (312) 726-8150 | |
| **Fax:** | (312) 470-6323 | **FEIN:** 36-4352753 |

*Invoice submitted to:*

April 30, 2014

Invoice No:   02446

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, IL 60602

**In Reference to:**   *Conaway - Trustee Matters*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 9/12/2012 | ECB | Teleconference with Ed Burke re appointment in converted chapter. 11 and case history (.2) Review docket and schedules (.4) teleconference with Debtor's counsel, Bob Benjamin re turnover of D-I-P account and Schwab brokerage account (.1) | 0.70 $300.00/ hr | $210.00 |
| 9/12/2012 | ECB | Memo to counsel re  preparation of retention motions | 0.10 $300.00/ hr | $30.00 |
| 9/13/2012 | ECB | Review and respond to email from Ridgestone bank counsel, Ed Burke regarding case history and status of lift stay motions | 0.30 $300.00/ hr | $90.00 |
| 9/17/2012 | ECB | Memo to counsel re retention of attorneys and accountants | 0.10 $300.00/ hr | $30.00 |
| 9/19/2012 | ECB | Review docket and overview cash collateral and stay relief issues from chapter 11 | 0.60 $325.00/ hr | $195.00 |
| 9/25/2012 | ECB | Email to counsel for Ridgestone Bank re status of 362 motions | 0.10 $300.00/ hr | $30.00 |

# Baldi Berg, Ltd

4/30/2014

Conaway - Trustee Matters

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 9/25/2012 | ECB | Teleconference with Bob Benjamin re status of turnover of DIP account and Charles Schwab brokerage account (.1) Arrange for Teleconference with PI lawyer re potential tort claim (.1) | 0.20<br>$300.00/ hr | $60.00 |
| 9/26/2012 | ECB | Email to broker to request BPO on Creekside residence | 0.10<br>$300.00/ hr | $30.00 |
| 9/26/2012 | ECB | Preliminary review of Debtors' income tax refunds | 0.30<br>$300.00/ hr | $90.00 |
| 9/28/2012 | ECB | Review Bank's motion (.4) Email to E. Burke re lack of opposition to same (.1) | 0.50<br>$300.00/ hr | $150.00 |
| 9/28/2012 | ECB | Confer with counsel re valuations of property in chapter 11 | 0.20<br>$300.00/ hr | $60.00 |
| 10/02/2012 | ECB | Review motions and amended motions to lift stay, cash collateral pleadings, schedules and claims in connection with Ridgestone lift stay motion (1.2) | 1.20<br>$300.00/ hr | $360.00 |
| 10/03/2012 | ECB | Court appearance on Ridgestone's motions to lift stay | 0.30<br>$300.00/ hr | $90.00 |
| 10/19/2012 | ECB | Review debtor's schedules | 0.30<br>$300.00/ hr | $90.00 |
| 10/22/2012 | ECB | Email to and from broker to request written BPO for use in negotiation sale of equity back to debtors | 0.20<br>$300.00/ hr | $60.00 |
| 10/24/2012 | ECB | Review broker's CMA (.2) and prepare email to broker for details (.1) | 0.30<br>$300.00/ hr | $90.00 |
| 10/25/2012 | ECB | Conduct 341 meeting | 0.30<br>$300.00/ hr | $90.00 |
| 10/26/2012 | JMM | Review case file and docket to update current status for preparation of Trustee's annual report | 0.80<br>$125.00/ hr | $100.00 |

**Baldi Berg, Ltd**

4/30/2014

Conaway - Trustee Matters

| | | | | |
|---|---|---|---|---|
| 10/30/2012 | ECB | Correspondence with real estate broker re value of residence | 0.10<br>$300.00/ hr | $30.00 |
| 10/31/2012 | ECB | Review, revise and approve annual report, form 1 and form 2 prepared for filing with court and United States Trustee (.7) Confer with JMM re compilation and filing of both hard and electronic copies of same (.2) | 0.90<br>$300.00/ hr | $270.00 |
| 10/31/2012 | JMM | Meet with Trustee re: case update & preparation of annual reports (.3) & Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and United States Trustee Office (.4) | 0.70<br>$125.00/ hr | $87.50 |
| 11/07/2012 | ECB | In depth review of two appraisals and comps submitted by Debtors for valuation of residence (.7) Review Trustee's broker's CMA (.2) Review Correspondence and calculations from Debtors' attorney re valuation of Estate's equity position in home (.3) Prepare Trustee spreadsheet on estimated value (.2)  Telephone call and email to Trustee broker re values (.2)   Additional investigation into comparable real estate market in connection with preparation of counteroffer to Debtors for purchase of equity in home (.6) | 2.20<br>$300.00/ hr | $660.00 |
| 11/07/2012 | ECB | Search real estate records regarding purchase price and financing amounts on Creekside residence | 0.40<br>$300.00/ hr | $120.00 |
| 11/08/2012 | ECB | Teleconference with broker re potential listing and sale price for Debtors' Residence | 0.20<br>$300.00/ hr | $60.00 |
| 11/08/2012 | ECB | Conduct additional investigation into assessed values and tax bills for comp properties supplied by debtors (.8) Investigate sale and specs of adjacent property and compare same against Residence (.3 Additional investigation into neighborhood comparables (.2) Update price point analysis for Residence (.1) | 1.40<br>$300.00/ hr | $420.00 |

**Baldi Berg, Ltd**

4/30/2014

Conaway - Trustee Matters

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/14/2012 | ECB | Email to broker to advise of sale back to debtors of interest in Creekside residence | 0.10 $300.00/ hr | $30.00 |
| 11/14/2012 | ECB | Review order authorizing fees and expenses of chapter 11 counsel for debtors and set up claims for same | 0.20 $300.00/ hr | $60.00 |
| 11/14/2012 | ECB | Memo to legal assistant re agreement for sale of right, title and interest in residence to Debtors' and directions for preparation of motion to approve same | 0.30 $300.00/ hr | $90.00 |
| 11/14/2012 | JMM | Process October 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/ hr | $25.00 |
| 12/01/2012 | ECB | Review and approve compensation application for chapter 11 administrative claim | 0.30 $300.00/ hr | $90.00 |
| 12/01/2012 | ECB | Review Bankruptcy Court claims docket re claims filed to date | 0.10 $300.00/ hr | $30.00 |
| 12/03/2012 | JMM | Revised Motion to Sell Property (1.2) and Notice of Motion - Rule 2002 (.4) | 1.60 $125.00/ hr | $200.00 |
| 12/12/2012 | ECB | Open and approve Nov 12 bank statements | 0.10 $300.00/ hr | $30.00 |
| 12/14/2012 | JMM | Process November 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/ hr | $25.00 |
| 12/19/2012 | ECB | Teleconference with Judge Doyle's chamber re need to reschedule motion to sell residence (.1) Email Debtors' counsel re same (.1) | 0.20 $300.00/ hr | $60.00 |
| 12/21/2012 | ECB | Revise and renotice Rule 2002 Notice of Motion to Sell Estate's interest in residence back to debtors | 0.10 $300.00/ hr | $30.00 |

**Baldi Berg, Ltd**

4/30/2014

Conaway - Trustee Matters

| 12/21/2012 | JMM | Review Amended Trustee's Motion to Sell Property (.1) & Draft Certificate of Service (.1) | 0.20 $125.00/ hr | $25.00 |
|---|---|---|---|---|
| 1/15/2013 | ECB | Open and review December 2012 bank statements | 0.10 $300.00/ hr | $30.00 |
| 1/15/2013 | ECB | Email debtor's counsel re motion to sell real estate back to debtors | 0.10 $300.00/ hr | $30.00 |
| 1/15/2013 | JMM | Process December 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/ hr | $25.00 |
| 1/18/2013 | RKP | Review case file and documents re: 2012 tax return obligation (.2); memo to L. West re: same (.1). | 0.30 $195.00/ hr | $58.50 |
| 1/21/2013 | ECB | Telephone call to estate's accountant re prep of 2012 estate tax returns (.1) Confer with staff re delivery of supporting documents for same (.1) | 0.20 $300.00/ hr | $60.00 |
| 1/23/2013 | JMM | Draft email to Accountant re: 2012 Taxes | 0.10 $125.00/ hr | $12.50 |
| 1/29/2013 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20 $125.00/ hr | $25.00 |
| 1/30/2013 | JMM | Update Trustee database to change judge | 0.10 $125.00/ hr | $12.50 |
| 2/11/2013 | ECB | Open and approve Jan 13 Bank Statement | 0.10 $325.00/ hr | $32.50 |
| 2/12/2013 | JMM | Process January 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/ hr | $35.00 |
| 2/15/2013 | ECB | Review and approve annual bond payment report | 0.10 $325.00/ hr | $32.50 |

**Baldi Berg, Ltd**

4/30/2014

Conaway - Trustee Matters

| Date | Staff | Description | Hours / Rate | Amount |
|------|-------|-------------|--------------|--------|
| 2/15/2013 | JMM | Review Blanket Bond Disbursement and approve w/ ECB (.1), Distribute Bond Payments (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 3/06/2013 | ECB | Open and verify Feb13 Bank Statement | 0.10<br>$325.00/ hr | $32.50 |
| 3/07/2013 | JMM | Process February 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/05/2013 | ECB | Open and approve March 2013 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 4/05/2013 | JMM | Process March 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 5/08/2013 | ECB | Open and approve Apr 13 bank statements; Update Trustee database to post monthly activity | 0.20<br>$325.00/ hr | $65.00 |
| 5/10/2013 | JMM | Process April 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 5/23/2013 | ECB | Review docket and claims register in connection with case closing (.3) Review individual claims of Ridgestone, Citize Auto Finance, and PNC (.5) Review and prepare administrative claims for case closing (.2) | 1.00<br>$325.00/ hr | $325.00 |
| 6/07/2013 | ECB | Teleconference with S. Jankowski re resolution of secured claims and preparation of final report package | 0.10<br>$325.00/ hr | $32.50 |
| 6/21/2013 | JMM | Process May 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 6/27/2013 | ECB | Review May 13 bank statements and approve bank reconciliations | 0.10<br>$325.00/ hr | $32.50 |

**Baldi Berg, Ltd**

4/30/2014

Conaway - Trustee Matters

| | | | | |
|---|---|---|---|---|
| 7/15/2013 | ECB | Indepth review of claim of Village of Lily Lake and annexation agreement giving rise to same (1.3) Teleconference with A, McTavish, counsel for Lily Lake, regarding history of planned development and annexation and request for additional documentation in support of claim (.6) | 1.90 $325.00/ hr | $617.50 |
| 7/15/2013 | ECB | Indepth review of claim of Ridgestone Bank, and amendments to same | 0.70 $325.00/ hr | $227.50 |
| 7/15/2013 | ECB | Teleconference with Ed Burke, counsel for Ridgestone Bank regarding status of foreclosure proceedings, need to amend bank's secured proof of claim and possible abandonment of real estate by Trustee (.3) Memo to counsel re same (.1) | 0.40 $325.00/ hr | $130.00 |
| 7/15/2013 | ECB | check status of debtors' discharge (.1) Email counsel for Ridgestone Bank re same (.1) | 0.20 $325.00/ hr | $65.00 |
| 7/15/2013 | ECB | Review Claims of PNC (.1) Western Survey (.1) and Citizen's Auto finance (.1) Review file and schedules re allowability of same (.1) | 0.40 $325.00/ hr | $130.00 |
| 7/17/2013 | ECB | Open and review June 13 bank statement | 0.10 $325.00/ hr | $32.50 |
| 7/18/2013 | JMM | Update trustee database and post monthly bank service fee (.1), Process June 2013 Bank Statement (.1), Reconcile Trustee Bank Account (.1) | 0.30 $175.00/ hr | $52.50 |
| 7/19/2013 | ECB | Teleconference with Estate's bank representative to advise of case closing and discuss terminating bank fees | 0.10 $325.00/ hr | $32.50 |
| 7/24/2013 | JMM | Perform Trustee's Quarterly Review under UST Guidelines and update notes in TCMS | 0.10 $175.00/ hr | $17.50 |

**Baldi Berg, Ltd**

4/30/2014

Conaway - Trustee Matters

| Date | Init | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 8/12/2013 | ECB | Open and review July '13 bank statements | 0.10 $325.00/ hr | $32.50 |
| 8/14/2013 | JMM | Process July 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/ hr | $35.00 |
| 8/28/2013 | ECB | Review Ridgestone Bank deed in lieu documents (.6) Review claims and status of amendments and withdrawals (.3) Calculate likely distribution to Ridgestone (.2) Confer with RKP re follow through on claim withdrawals and case closing (.3) | 1.40 $325.00/ hr | $455.00 |
| 8/28/2013 | ECB | Teleconference with counsel for Ridgestone Bank regarding Estate's lack of objection to deeds in lieu transaction between debtors and Ridgestone Bank and status of claim of Lily Lake for professional fees arising from annexation agreement (.3) Email Burke re claim amendment and annexation agreement issues (.2) | 0.50 $325.00/ hr | $162.50 |
| 9/10/2013 | ECB | Open, review and approve Aug 13 Bank Statements | 0.20 $325.00/ hr | $65.00 |
| 9/10/2013 | JMM | Process August 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/ hr | $35.00 |
| 10/02/2013 | ECB | Confer with RKP re Trustee Objection to Claim (.1) Review and revise same (.1) | 0.20 $325.00/ hr | $65.00 |
| 10/04/2013 | ECB | Review Lily Lake Claim  and annexation agreement (.2) Prepare email to counsel for Ridgeway Bank re inquiry on status of deed in lieu transactions and proposal for resolution of Ridgeway and Lily Lake claim issues (.6) | 0.80 $325.00/ hr | $260.00 |
| 10/11/2013 | ECB | Teleconference with Andrew Glubisz, counsel for Ridgeway Bank, to confirm completion of deed in lieu transfer of properties from Debtors to Ridgeway and discuss resolution of Lily Lake assessment claim and fund (.2) Memo to file (.1) | 0.30 $325.00/ hr | $97.50 |

**Baldi Berg, Ltd**

4/30/2014

Conaway - Trustee Matters

| | | | | |
|---|---|---|---|---|
| 10/14/2013 | ECB | Open, review and approve Sept13 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 10/14/2013 | JMM | Process September 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 10/22/2013 | JMM | Review case file and docket to update current status for preparation of Trustee's Annual Reports (.2), Meet with Trustee re: case update and preparation of annual reports (.3), Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and United States Trustee (.4) | 0.90<br>$175.00/ hr | $157.50 |
| 10/24/2013 | ECB | Review, revise and finalize case annual report (.5) File same with court (.1) and submit to UST office (.1) | 0.70<br>$325.00/ hr | $227.50 |
| 11/07/2013 | ECB | Review file and prepare email to Ridgeway Bank's Bankruptcy counsel re status of claim withdrawal | 0.20<br>$325.00/ hr | $65.00 |
| 11/12/2013 | ECB | Open and approve Oct13 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 11/12/2013 | JMM | Process October 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 11/15/2013 | ECB | Review Lily Lake withdrawal of claim; Email A. McTavish re same. (.1) Email to counsel for Ridgestone re amending proof of claim (.1) | 0.20<br>$325.00/ hr | $65.00 |
| 11/19/2013 | ECB | Review amended proof of claim filed by Ridgestone Bank (.1) Review case and email RKP re case closing (.2) | 0.30<br>$325.00/ hr | $97.50 |
| 1/08/2014 | RKP | Review claim register (.1); update claim in system to reflec withdrawal of claim 3 (.1); email to J. Manola re: accountant fees (.1); review case file for information needed to prepare TFR (.5); begin draft Trustee fee application (.3); review case file for information needed to prepare tax returns for Estate (.4); email to Trustee re: | 1.60<br>$195.00/ hr | $312.00 |

**Baldi Berg, Ltd**

4/30/2014

Conaway - Trustee Matters

same (.1)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/13/2014 | ECB | Review and approve Dec 13 bank statement | 0.10 $325.00/hr | $32.50 |
| 1/14/2014 | ECB | Confirm dollar amount of transfer of estate funds to Associated Bank | 0.10 $325.00/hr | $32.50 |
| 1/17/2014 | JMM | Process and Reconcile Congressional Bank Transfer Statement (.1), Process January 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.30 $175.00/hr | $52.50 |
| 1/20/2014 | RKP | Review case file and information regarding estate tax obligation (.1); prepare memo to L. Berg and L. West re: same (.1); compile documents as needed for accountant analysis of estate tax obligation (.1) | 0.30 $195.00/hr | $58.50 |
| 2/06/2014 | ECB | Run Bond report, prepare premium payment; Prepare transmittal to International Securities re same | 0.20 $325.00/hr | $65.00 |
| 2/10/2014 | ECB | Open and approve Jan14 bank statement | 0.10 $325.00/hr | $32.50 |
| 2/10/2014 | JMM | Process January 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/hr | $35.00 |
| 2/21/2014 | ECB | Memo to estate's accountant re prep of 2013 tax returns | 0.10 $325.00/hr | $32.50 |
| 2/25/2014 | JMM | Review Trustee's 1st Quarter Annual Report (.1), Edit Form 3 Notes (.1) | 0.20 $175.00/hr | $35.00 |
| 2/27/2014 | RKP | Compile information needed by accountant for tax return preparation (.3); email to L. West re: same (.1) | 0.40 $195.00/hr | $78.00 |

**Baldi Berg, Ltd**

Conaway - Trustee Matters

| Date | | Description | | |
|---|---|---|---|---|
| 2/28/2014 | ECB | Review emails from RKP and teleconference with accountant re additional information required for preparation of tax return (.3) Review info provided on basis of stock (.1) Check for sales date on Market | 0.40 $325.00/hr | $130.00 |
| 3/03/2014 | ECB | Review and respond to email from Debtor's counsel re basis in stock in brokerage account | 0.10 $325.00/hr | $32.50 |
| 3/10/2014 | ECB | Open, review and approve Feb 14 bank statement | 0.10 $325.00/hr | $32.50 |
| 3/10/2014 | JMM | Process February 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/hr | $35.00 |
| 4/04/2014 | ECB | Review documentation provided by Debtor in connection with tax basis in brokerage account (.1) Email to Estate's accountant re same (.1) | 0.20 $325.00/hr | $65.00 |
| 4/15/2014 | ECB | Review, approve and execute Estate's final income tax returns | 0.50 $325.00/hr | $162.50 |
| 4/16/2014 | JMM | Draft Letter to IRS re: 2012 Federal Tax Return filing (.5), Draft Letter to IDOR re: 2012 State Tax Return filing (.5), Draft Prompt Determination Letter to IDOR re: 2012 State Tax (.4), Draft Prompt Determination Letter to IRS re: 2012 Federal Tax (.4) | 1.80 $175.00/hr | $315.00 |
| 4/17/2014 | ECB | Download Trustee copies of tax returns from accountant portal | 0.10 $325.00/hr | $32.50 |
| 4/28/2014 | RKP | Review case file for information needed to prepare TFR and related documents | 0.90 $195.00/hr | $175.50 |
| 4/29/2014 | ECB | Review and respond to RKP email re erroneous judge reassignment; Check docket re same | 0.20 $325.00/hr | $65.00 |

**Baldi Berg, Ltd**

4/30/2014

Conaway - Trustee Matters

| Date | | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 4/30/2014 | RKP | Draft Trustee fee application (1.2); draft coversheet, proposed order and affidavit (.3); update system and claim information for preparation of TFR and NFR (.8); draft TFR (.8); and NFR (.4); call to UST (B. Wakefield) to verify any outstanding quarterly fees (.1); call to Clerk to verify Judge and court location (.2) | 3.80 $195.00/ hr | $741.00 |
| 5/01/2014 | ECB | Review, edit and execute TFR and fee applications | 1.00 $325.00/ hr | $325.00 |
| 5/01/2014 | RKP | Review and edit Trustee fee application (.5); edit TFR (.3) and NFR (.2). | 1.00 $195.00/ hr | $195.00 |

Total Fees $11,578.50

## Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 4/16/2014 | Sent 2012 Federal Tax Return via Certified Mail ($7.61) + Sent 2012 State Tax Return via Certified Mail ($7.19) + Sent Federal Tax Prompt Determination Letter ($1.61) + Sent State Tax Prompt Determination Letter ($1.61) = | 1.00 @ /each | $18.02 |

Total Expenses $18.02

Total New Charges $11,596.52

Previous Balance $0.00

Balance Due $11,596.52

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 12.20 | $300.00 |
| Elizabeth C Berg | 14.50 | $325.00 |
| Jason M Manola | 4.30 | $125.00 |
| Jason M Manola | 6.00 | $175.00 |
| Ricki K Podorovsky | 8.30 | $195.00 |

**Trustee's Final Fee Application      Randy L. Conaway & Velma J. Powers, Debtors**
**Case No. 12-20719**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Randy L. Conaway & Velma J. Powers, | ) | Case No. 12-20719 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtors. | ) | |

**Trustee's Affidavit Pursuant to Rule 2016**

| | |
|---|---|
| State of Illinois | ) |
| County of Cook | ) |

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1.     I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2.     I have read the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief.   I or my agents pursuant to my direction performed the services and incurred the expenses set forth and described in the Application.

3.     I have not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement to be received for services rendered or expenses incurred in connection with this matter, except among the partners and associates of Baldi Berg, Ltd. a law firm at which I have been employed during the pendency of this case.   I have not previously received payment of any compensation for services rendered or reimbursement of any expenses incurred in connection with this case.

4.     Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on May  12, 2014

_____
Notary Public

```
OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015
```

**Exhibit B**