UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Randy L. Conaway and Velma J. Powers, | ) | Case No. 12-20719 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtors. | ) | |
| | ) | Hearing Date:  July 30, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:         Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.)

Authorized to Provide
Professional Services to:    Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                October 3, 2012

Period for Which
Compensation is sought:    September 14, 2012 to close of case

Amount of Fees sought:     $6,130.00

Amount of Expense
Reimbursement sought:     $0.00

This is an:    Interim Application  __          Final Application   _X_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| | | Total Requested | Total |
|---|---|---|---|
| Date Filed | Period Covered | (Fees & Expenses) | Allowed |

**Not Applicable**

The aggregate amount of fees and expenses **paid** to the Applicant to date for services rendered and expenses incurred herein is:  $ ___-0-__.

Dated:  May 12, 2014                  Baldi Berg, Ltd.


By: _____/s/Elizabeth C. Berg_____
      Elizabeth C. Berg

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Randy L. Conaway and Velma J. Powers, | ) | Case No. 12-20719 |
| | ) | Honorable Carol A. Doyle |
| Debtors. | ) | |
| | ) | Hearing Date: July 30, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**First Application for Allowance and Payment of Final Compensation
of Baldi Berg, Ltd., Attorneys for Trustee**

Baldi Berg, Ltd. formerly known as Baldi Berg & Wallace, Ltd., ("BB"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Randy L. Conaway and Velma J. Powers, debtors ("Debtors"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to BB of $6,130.00 as final compensation for 24.90 hours of legal services rendered to the Trustee from September 14, 2012 through the close of this case.  In support thereof, BB respectfully states as follows:

**Introduction**

1.      The Debtors commenced this case on May 21, 2012 by filing a voluntary petition for relief under chapter 11 of the Code.  Thereafter, this case was converted to one under chapter 7 of the Code on September 11, 2012

2.      Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.      As of the commencement of this case, the Estate's assets consisted of: the funds in the Debtors' chapter 11 debtor-in-possession account as of the conversion of this case; the non-exempt portion of the Debtors' stock brokerage account; and the equity in the Debtors' residence.

4.      The bar date for filing claims in this case was January 28, 2013.

**Retention of Baldi Berg, Ltd.**

5.      On October 3, 2012, the Court entered an ordered authorizing Trustee to employ

Elizabeth C. Berg and the law firm of Baldi Berg, Ltd. as her counsel in this case.  A copy of the order authorizing Trustee to retain BB is attached hereto as Exhibit A.  BB has served as counsel for Trustee at all times since its retention.

6.      The professional qualifications and experience of the BB attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys, paralegals and law clerks who were responsible for representing the Trustee in this case are:

Joseph A. Baldi -- Partner
Elizabeth C. Berg – Partner
Julia D. Loper – Associate
Ricki K. Podorovsky – Paralegal
Stephen J. Beard – Former Law Clerk

### Prior Compensation Received

7.      This is the first and final application ("Application") for allowance and payment of compensation that BB will file in this case.

### Services Rendered by BB

8.      Itemized and detailed descriptions of the specific services rendered by BB to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C.  The billing statements set forth the name of each attorney, paralegal or clerk, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney, paralegal or clerk in each category.

9.      For the Court's convenience, BB has segregated its services into two categories summarized below:

General Administration:  The services rendered by BBW in this category consisted of advising the Trustee as to general case administration matters including the liquidation of the Debtors' assets; as requested by Trustee, BB represented the Trustee in negotiations for the sale

2

back to the Debtors of the equity in their residence; upon reaching acceptable terms to the Trustee, BB prepared and presented the Trustee's Motion to Approve the Sale; pursuant to this Court's order dated January 16, 2013 authorizing the sale of the equity in the residence to the Debtors, Trustee recovered $20,000.00 for the benefit of the Estate; in addition to liquidating the equity in the Debtors' residence, BB analyzed and advised the Trustee regarding the value of various parcels of real estate in which Debtors held an interest; other than equity in the Debtors' residence, Trustee determined that there was no equity available to the Estate in the other parcels of real property; BB also reviewed and analyzed claims filed in the case and advised the Trustee regarding the validity of secured claims asserted against the Estate; BB obtained withdrawals of two secured claims without the need for a formal claim objections, including the claim of Lily Lake related to an annexation agreement charging Debtors, as developer, for costs associated with a failed real estate development; additionally, BB prepared and presented the Trustee's Objection to Claims of PNC, the mortgagee of Debtors' residence which was sold back to the Debtors, and prevailed in obtaining a court order determining the value of those secured claims against the Estate to be zero; finally, BBW prepared this final fee application and the final fee application of the Trustee's accountants.

In connection with this category, BB has expended 22.20 hours of services for which it requests compensation in the amount of $5,561.50.

<u>Retention of Professionals</u>:  In connection with this category, BB prepared and presented the Trustee's Motions to Employ Attorneys and Accountants.

In connection with this category, BB has expended 2.70 hours of services for which it requests compensation in the amount of $568.50.

### Compensation Requested

10.    In connection with the foregoing services described and categorized in paragraph nine above, BB spent 24.90 hours for which the total value of the services rendered is $6,130.00.

11.    All of the services performed by BB were required for proper representation of the

3

Trustee in this case, were authorized by this Court and were performed by BB at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BB's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BB for which compensation is requested. In those instances where two attorneys (or an attorney and paralegal or clerk) participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12. The rates charged by the attorneys and paralegals of BB in this Application, as adjusted from time to time, are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

## Payment of Compensation

13. BB has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BB for services rendered to the Trustee in connection with this case.

14. BB has not previously received or been promised any payments for services rendered in this case.

15. The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

16. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

4

**Status of the Case**

17.    The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

18.    Trustee has completed and filed her Final Report simultaneously herewith.  Final fee applications for the Trustee and the Trustee's accountants have also been filed concurrently with this Application.

**Financial Condition of the Case**

19.    Trustee currently has approximately $85,000.00 on deposit in the Estate's bank accounts.  The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees and expenses allowed to Trustee in connection with her final fee application, 2) the legal fees allowed to Baldi Berg, Ltd. in connection with this final fee application, 3) the fees allowed to Popowcer Katten, Ltd. in connection with its final fee application as accountants for the Trustee, and 4) any other fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

20.    Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a distribution to general unsecured creditors totaling approximately 2% of timely filed claims.

**Trustee's Approval**

21.    BBW certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg, Ltd., attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

A.    Allowing to Baldi Berg, Ltd. final compensation in the amount of $6,130.00 for actual and necessary professional services rendered to the Trustee from September 14, 2012 through the closing of this case;

5

   B.  Authorizing the Trustee to pay the amounts awarded from the funds in the case as

part of her final distribution; and

   C.  For such other and further relief as this Court deems appropriate.

Dated:  May 12, 2014        Baldi Berg, Ltd.

                Attorneys for Elizabeth C. Berg, as trustee of the
                estate of Randy L. Conaway & Velma J. Powers,
                debtors

                By:_____/s/_____
                   Elizabeth C. Berg

Elizabeth C. Berg/Atty ID 6200886
Baldi Berg, Ltd.
20 N. Clark St.   Suite 200
Chicago, IL  60602
312.726.8150

6

**Baldi Berg, Ltd.**                                    **Randy L. Conaway & Velma J. Powers, Debtors**
**Final Fee Application**                               **Case No. 12-20719**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-20719 |
| Randy L. Conaway and | ) | |
| Velma J. Powers | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor(s) | ) | |

## ORDER EMPLOYING TRUSTEE'S ATTORNEYS

THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; due and proper notice having been given; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the bankruptcy estate of Randy L. Conaway and Velma J. Powers, debtors, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle

United States Bankruptcy Judge

Dated:   October 03, 2012

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle Street, Suite 1500
Chicago, IL  60603
(312) 726-8150

**Baldi Berg, Ltd.**                                **Randy L. Conaway & Velma J. Powers, Debtors**
**Final Fee Application**                           **Case No. 12-20719**

**Professional Qualifications**

**Exhibit B**

**Baldi Berg, Ltd.**

Elizabeth C. Berg

Elizabeth C. Berg is a Partner of the firm and her expertise is in representing bankruptcy trustees and creditors in chapter 7 bankruptcies.  Mrs. Berg has represented and worked with Mr. Baldi since his appointment to the panel of private trustees in 1988.  In October 2010, Mrs. Berg was appointed to the panel of private trustees by the United States Trustee's Office for the Northern District of Illinois.  Mrs. Berg also has experience representing lenders, borrowers and receivers in commercial foreclosure actions.

Prior to her graduation from law school in 1989, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending and bankruptcy.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Illinois State Bar Association.

Mrs. Berg received her Juris Doctor from Loyola University School of Law where she was the recipient of the Lawyers Cooperative Publishing Company's American Jurisprudence Award for Excellent Achievement in the Study of Bankruptcy.  She received her certification as a paralegal from Roosevelt University in Chicago, Illinois and received her Bachelor of Arts degree from Brown University in French Language and Culture.

In addition to practicing law, Mrs. Berg has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants.

## Baldi Berg, Ltd.

### Joseph A. Baldi

Joseph Baldi is the founding member of the Chicago bankruptcy boutique firm of Baldi Berg, Ltd. (formerly Baldi Berg & Wallace, Ltd.).   Prior to establishing the firm in 2000, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he served as chairman of bankruptcy and reorganization practice group.  In addition to his experience in private practice, Mr. Baldi spent five years as a staff attorney with the Office of the United States Trustee, a component of the United States Department of Justice.

Mr. Baldi has specialized in insolvency law for over 25 years and has extensive experience in a variety of settings, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors.  He has represented clients in all sectors of the bankruptcy arena, including debtors, bankruptcy trustees, lenders, claimholders and creditor committees.  Mr. Baldi has counseled both individual and corporate debtors in chapter 7, 11, and 13 cases and has significant experience with complex commercial bankruptcies.

In addition to his experience acting as bankruptcy counsel, Mr. Baldi is a long time member of the panel of private bankruptcy trustees appointed by the United States Trustee's Office for the Northern District of Illinois.   In over twenty years as a chapter 7 trustee, Mr. Baldi has liquidated a broad range of business entities, including law firms, real estate ventures, distributorships, retail firms and financial service providers.  He has also operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, and an industrial real estate partnership.

Mr. Baldi is licensed to practice law in the state of Illinois and admitted to practice before the Seventh Circuit Court of Appeals and many federal bankruptcy courts in the Midwest.   He is a member of the Chicago Bar Association, National Association of Bankruptcy Trustees and American Bankruptcy Institute, where he is a frequent lecturer on a variety of bankruptcy topics.

**Baldi Berg, Ltd.**

In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois and currently serves as a commissioner on the city's Planning and Zoning Commission. Mr. Baldi graduated *cum laude* from the DePaul University College of Law and holds a B.A. in Psychology from Western Illinois University.

## Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

## Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

**Baldi Berg, Ltd.**                          **Randy L. Conaway & Velma J. Powers, Debtors**
**Final Fee Application**                                    **Case No. 12-20719**

**Billing Statements**

**Exhibit C**

**Baldi Berg Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:**    (312) 470-6323                                            **FEIN:** 36-4352753

*Invoice submitted to:*                                   April 30, 2014

Invoice No:    02444

Elizabeth C. Berg, Trustee
Baldi Berg Ltd.
20 N. Clark St.
Suite 200
Chicago, IL 60602

## *Consolidated Summary*

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| ***Conaway - General Administration*** | | | | | | | |
| | 22.60 | $5,561.50 | $0.00 | $5,561.50 | $0.00 | $0.00 | $5,561.50 |
| ***Conaway - Retention of Professionals*** | | | | | | | |
| | 2.70 | $568.50 | $0.00 | $568.50 | $0.00 | $0.00 | $568.50 |
| Totals | 24.90 | $6,130.00 | | $6,130.00 | | | $6,130.00 |

**Baldi Berg, Ltd**

4/30/2014

Conaway - General Administration

Page    2

**In Reference to:**    *Conaway - General Administration*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 9/26/2012 | JDL | Analyze motion to lift stay as to Maple Park property to determine equity/value. | 0.60 $235.00/ hr | $141.00 |
| 9/28/2012 | JAB | Review Ridgestone's motions to lift stay, (.2) appraisals (.2), confer with trustee re same (.2) | 0.60 $450.00/ hr | $270.00 |
| 10/19/2012 | ECB | Review correspondence from Debtor's counsel (.2) and respond to same regarding potential purchase of equity in residence and claimed exemption in same (.6). | 0.80 $300.00/ hr | $240.00 |
| 11/08/2012 | ECB | Compose counteroffer to debtors | 0.60 $300.00/ hr | $180.00 |
| 11/09/2012 | ECB | Prepare letter to Benjamin re counteroffer to sell residence back to debtors | 1.50 $300.00/ hr | $450.00 |
| 11/13/2012 | ECB | Teleconference with debtors' counsel re counter offer re purchase of residence and reach agreement for same | 0.20 $300.00/ hr | $60.00 |
| 11/14/2012 | JAB | Attend hearing on Conaway/Powers - First & Final Application for Compensation by Counsel for Debtors | 0.30 $450.00/ hr | $135.00 |
| 11/21/2012 | RKP | Review offer letter from Debtors and counter offer from Trustee re: sale of property to debtors (.2); review memo from Trustee re: preparation of motion to sell (.1); review case file for information needed to prepare motion to sell to Debtors (.3); draft motion to sell property to Debtors (1.5); draft notice of hearing on motion to sell (.6). | 2.70 $195.00/ hr | $526.50 |
| 11/25/2012 | RKP | Review and edit motion to sell real property to debtors (.4); draft proposed order (.2); review and edit notice to | 0.90 $195.00/ hr | $175.50 |

**Baldi Berg, Ltd**

4/30/2014

Conaway - General Administration

Page    3

---

creditors (.2); draft certificate of service (.1).

| | | | | |
|---|---|---|---|---|
| 11/30/2012 | ECB | Email to Debtors' counsel to inquire into status of proposed settlement regarding equity in residence | 0.10<br>$300.00/ hr | $30.00 |
| 12/01/2012 | ECB | Review and revise Trustee's Motion to Sell (.6), Rule 2002 Notice (.2) and Order (.2) to Sell Estate's Interest in Real Estate to Debtor's | 1.00<br>$300.00/ hr | $300.00 |
| 12/19/2012 | JDL | Draft Amended notice of motion for motion to sell Property (real estate) to set new hearing date and correct judge and courtroom. | 0.00<br>$235.00/ hr | No Charge |
| | | | 0.40 | No Charge |
| 6/12/2013 | SJB | Review Claims docket and Trustee memo regarding claims objections | 0.20<br>$175.00/ hr | $35.00 |
| 7/15/2013 | RKP | Meet with Trustee re: case background and issues to close case (.3); analysis of claims filed in the case (.2); analyze documents supporting secured claim of Lily Lake and Ridgestone Bank to determine validity (.6). | 1.10<br>$195.00/ hr | $214.50 |
| 8/28/2013 | ECB | Analyze claim no. 5 of  Village of Lily Lake and read 50-page  annexation agreement for failed development of 247 acres in Lily Lake;  Analyze provisions giving rise to developer's responsibility for payment of fees incurred by Village (2.5) Research corporate status of six entities comprising developer under annexation agreement (.6) Confer with JAB regarding questionable basis of liability for individual debtors under agreements (.2) | 3.30<br>$325.00/ hr | $1,072.50 |
| 8/28/2013 | RKP | Phone conversation with E. Berg re: claim objections | 0.30<br>$195.00/ hr | $58.50 |
| 8/29/2013 | RKP | Review claims (.2); phone call to PNC bank re: Trustee's objection to claims 1 and 4 (.1) | 0.30<br>$195.00/ hr | $58.50 |

**Baldi Berg, Ltd**

4/30/2014

Conaway - General Administration

Page  4

---

| 9/09/2013 | RKP | Phone call to PNC re: Trustee's objection to claim | 0.10 $195.00/ hr | $19.50 |
|---|---|---|---|---|
| 9/30/2013 | RKP | Draft objection to PNC claim | 1.00 $195.00/ hr | $195.00 |
| 10/02/2013 | RKP | Prepare proposed order to objection to PNC Bank (.2); edit objection to PNC claim to include objection to claim 4 (.4). | 0.60 $195.00/ hr | $117.00 |
| 10/03/2013 | ECB | Teleconference with Counsel for Lily Lake re Trustee;s proposal on Lily Lake proof of claim and disposition of special assessment account | 0.20 $325.00/ hr | $65.00 |
| 10/03/2013 | RKP | Amend motion and proposed order for hearing location (.2); prepare to file and serve objection (.3). | 0.50 $195.00/ hr | $97.50 |
| 11/06/2013 | JDL | Appear in court on Objection to PNC Claims. | 0.40 $250.00/ hr | $100.00 |
| 1/08/2014 | RKP | Begin draft Baldi Berg fee application (.3); review case file for information needed to draft final fee application (.2) | 0.50 $195.00/ hr | $97.50 |
| 2/28/2014 | RKP | Review case file for information requested by accountant regarding stock sold (.1); review and respond to multiple emails with L. West re: cost basis of property sold and related estate tax issues (.2) | 0.30 $195.00/ hr | $58.50 |
| 4/29/2014 | ECB | Review (.2)  and revise BB Fee Application (.3) | 0.50 $325.00/ hr | $162.50 |
| 4/29/2014 | RKP | Prepare time detail for exhibit to Fee Application (.5); draft BB first and final fee application (1.5); draft proposed order, affidavit and coversheet (.3); review and edit same (.3); draft popowcer fee application (.8); draft coversheet, proposed order and affidavit (.2) | 3.60 $195.00/ hr | $702.00 |

Total Fees  $5,561.50

**Baldi Berg, Ltd**

Conaway - General Administration

4/30/2014

Page    5

| | | |
|---|---|---:|
| Total New Charges | | $5,561.50 |
| Previous Balance | | $0.00 |
| Balance Due | | $5,561.50 |

### *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 4.20 | $300.00 |
| Elizabeth C Berg | 4.00 | $325.00 |
| Joseph A Baldi | 0.90 | $450.00 |
| Julia D Loper | 0.60 | $235.00 |
| Julia D Loper | 0.00 | $0.00 |
| Julia D Loper | 0.40 | $250.00 |
| Ricki K Podorovsky | 11.90 | $195.00 |
| Stephen J Beard | 0.20 | $175.00 |

**Baldi Berg, Ltd**

4/30/2014

Conaway - Retention of Professionals

**In Reference to:**    *Conaway - Retention of Professionals*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 9/14/2012 | RKP | Review case file for information needed to prepare applications to employ (.2); draft motion to employ BBW (.8); and motion to employ popowcer (.5); draft affidavit of BBW (.1); and proposed order (.1); draft affidavit for popowcer (.1); and proposed order (.1). | 1.90 $195.00/ hr | $370.50 |
| 9/17/2012 | RKP | Review and edit motion to employ BBW (.2); and motion to employ popowcer (.2). | 0.40 $195.00/ hr | $78.00 |
| 9/19/2012 | ECB | Review and revise attorney and accountant retention motions | 0.20 $300.00/ hr | $60.00 |
| 12/01/2012 | ECB | Present motions to retain attorneys and accountants for Trustee | 0.20 $300.00/ hr | $60.00 |

|  | |
|---|---|
| Total Fees | $568.50 |
| Total New Charges | $568.50 |
| Previous Balance | $0.00 |
| Balance Due | $568.50 |

### *Timekeeper Summary*

| Name | Hours | Rate |
|------|-------|------|
| Elizabeth C Berg | 0.40 | $300.00 |
| Ricki K Podorovsky | 2.30 | $195.00 |

**Baldi Berg, Ltd.**                                    **Randy L. Conaway & Velma J. Powers, Debtors**
**Final Fee Application**                                              **Case No. 12-20719**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| Randy L. Conaway and Velma J. Powers, | ) ) ) ) ) | Chapter 7 |
|  |  | Case No. 12-20719 |
| Debtor. |  | Honorable Carol A. Doyle |

### Rule 2016 Affidavit

State of Illinois      )
County of Cook     )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1.      I am a shareholder of Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) and am authorized to execute this affidavit on behalf of Baldi Berg, Ltd.

2.      I have read the Application for Allowance and Payment of Final Compensation of Baldi Berg, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief.  Baldi Berg, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.      Baldi Berg, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Baldi Berg, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation to be received in connection with this matter, except among the principals and associates of Baldi Berg, Ltd.

5.      Further affiant sayeth naught.

Elizabeth C. Berg

Subscribed and Sworn to before me
this _12_ day of May, 2014

Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**