**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: §
　　　　　　　　　　　　　　　§
CONAWAY, RANDY L.　　　　　§　　Case No. 12-20719
POWERS, VELMA J.　　　　　　§
　　　　　　　　　　　　　　　§
　　　　　Debtor(s)　　　　　§

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　Mr. Jeffrey P. Allsteadt
　　　　　　　　Clerk of the U.S. Bankruptcy Court
　　　　　　　　219 S. Dearborn Street
　　　　　　　　7th Floor
　　　　　　　　Chicago  IL  60604

　　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
　　　　　　　　10:30 a.m.
　　　　　　　　on Wednesday, July 30, 2014
　　　　　　　　in Courtroom 742 of the United States Courthouse
　　　　　　　　219 S. Dearborn St., Chicago, Illinois

　　If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____　　　　　　By: Jeffrey P. Allsteadt_____


*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*


UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
CONAWAY, RANDY L.                   §    Case No. 12-20719
POWERS, VELMA J.                    §
                                    §
            Debtor(s)               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 86,098.57 |
| and approved disbursements of | $ | 988.94 |
| leaving a balance on hand of[1] | $ | 85,109.63 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000001 | PNC Bank | $ 51,079.23 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | Citizens Auto Finance | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | PNC Bank, National Association | $ 114,616.55 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | Village of Lily Lake | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 85,109.63 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ 7,554.93 | $ 0.00 | $ 7,554.93 |
| Trustee Expenses: Elizabeth C. Berg | $ 18.02 | $ 0.00 | $ 18.02 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 6,130.00 | $ 0.00 | $ 6,130.00 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,176.00 | $ 0.00 | $ 1,176.00 |
| Other: International Sureties, Ltd. | $ 130.00 | $ 130.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $   14,878.95

Remaining Balance   $   70,230.68

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Golan & Christie | $ 24,248.00 | $ 0.00 | $ 24,248.00 |
| Other: Golan & Christie | $ 366.75 | $ 0.00 | $ 366.75 |

Total to be paid for prior chapter administrative expenses   $   24,614.75

Remaining Balance   $   45,615.93

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,358,560.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Western Surveying & Engineering | $ 11,899.69 | $ 0.00 | $ 230.15 |
| 000006A | Ridgestone Bank | $ 2,346,661.00 | $ 0.00 | $ 45,385.78 |

Total to be paid to timely general unsecured creditors    $    45,615.93

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Randy L. Conaway
Velma J. Powers
    Debtors

Case No. 12-20719-CAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: corrinal     Page 1 of 2     Date Rcvd: Jul 01, 2014
                  Form ID: pdf006     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2014.

```
db/jdb         +Randy L. Conaway,    Velma J. Powers,    43 W. 330 Creekside Ct.,    Saint Charles, IL 60175-8601
18938077       +Adam R. Moreland,    Chuhak & Tecson, P.C.,    30 South Wacker Dr., Ste. 2600,
                 Chicago, IL 60606-7512
18938078       +Chad B. Gunderson,    2500 Riivendell Dr,    New Lenox, IL 60451-1328
19286227       +Citizens Auto Finance,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
18938079       +Development Properties, Inc.,    44 White Oak Circle,    Saint Charles, IL 60174-4165
18938080       +Dirk V. Gunderson,    2500 Riivendell Drive,    New Lenox, IL 60451-1328
18938081        FORSTAR Quality Landscaping,    6 N 947 IL Rt 47,    Maple Park, IL 60151
18938082       +Kane County Clerk,    719 Batavia Ave.,    Geneva, IL 60134-3000
18938083       +Kristen Realmuto,    PO Box 1049,    Saint Charles, IL 60174-7049
18938084       +Lighthouse Builders, Inc,    c/o Julie M. Johnson,    4043 W Dempster,    Skokie, IL 60076-2148
18938085       +Lighthouse Lily Lake Dvlpmnt LLC,    c/o Julie Realmuto,    180 N LaSalle #1400,
                 Chicago, IL 60601-2602
18938086       +Mark Vestuto,    1271 Fellows St.,    Saint Charles, IL 60174-3773
18938087       +National City,    PO Box 5570,    Cleveland, OH 44101-0570
18938088       +PNC Bank,    P.O Box 856177,    Louisville, KY 40285-6177
19026984       +PNC Bank,    P.O. Box 94982,    Cleveland, OH 44101-4982
19296935       +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, Ohio 45342-5421
18938089       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
18938090       +R.L. Conaway & Assoc., Inc.,    6 N. 947 Rt. 47,    Maple Park, IL 60151-8335
18938091       +RA & VE, LLC,    43 W. 330 Creekside Ct.,    Saint Charles, IL 60175-8601
18938094       +RSB Citizens, N.A.,    1 Citizens Plaza,    Providence, RI 02903-1339
19336015       +Ridgestone Bank,    c/o Edmond M. Burke, Esq.,    Chuhak & Tecson, P.C.,
                 30 S. Wacker Dr., Ste. 2600,    Chicago, IL 60606-7512
18938092       +Ridgestone Bank,    13925 W. North Ave.,    Brookfield, WI 53005-4976
18938096        Village of Lily Lake,    43W870 Empire Rd.,    Saint Charles, IL 60175
18938097       +Village of Lily Lake,    43W955 Twilight Lane,    Saint Charles, IL 60175-8399
19299020       +Village of Lily Lake,    c/o G Alexander McTavish,    105 E Galena Blvd, Ste 800,
                 Aurora, IL 60505-3357
18938098       +Western Surveying & Engineering,    c/o Edgerton & Edgerton,    125 Wood St. PO Box 218,
                 West Chicago, IL 60186-0218
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: blyong@golanchristie.com Jul 02 2014 00:24:59      Golan & Christie, LLP,
                 70 West Madison Suite 1500,    Chicago, IL 60602-4265
18938095       +E-mail/Text: carmen.todd@sba.gov Jul 02 2014 00:24:48      U.S. Small Business Administration,
                 409 3rd St, SW,    Washington, DC 20416-0005
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19336016*      +Ridgestone Bank,    c/o Edmond M. Burke, Esq.,    Chuhak & Tecson, P.C.,
                 30 S. Wacker Dr., Ste. 2600,    Chicago, IL 60606-7512
18938093*      +Ridgestone Bank,    13925 W. North Ave.,    Brookfield, WI 53005-4976
aty            ##+Baldi Berg & Wallace, Ltd,    19 S LaSalle St.,,    Suite 1500,    Chicago, IL 60603-1413
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2014                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: corrinal              Page 2 of 2                   Date Rcvd: Jul 01, 2014
                               Form ID: pdf006             Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2014 at the address(es) listed below:

        Anthony J. D'Agostino    on behalf of Debtor Randy L. Conaway ajdagostino@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;aprior@golanchristie.com;tstephenson@golanchristie.com

        Beverly A Berneman    on behalf of Joint Debtor Velma J. Powers baberneman@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com

        Beverly A Berneman    on behalf of Debtor Randy L. Conaway baberneman@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com

        Edmond M Burke    on behalf of Attorney    Ridgestone Bank c/o Edmond M. Burke eburke@chuhak.com

        Elizabeth C Berg    on behalf of Accountant    Popowcer Katten, Ltd bergtrustee@baldiberg.com, eberg@ecf.epiqsystems.com,jmanola@baldiberg.com

        Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com

        Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net

        G. Alexander McTavish    on behalf of Creditor    Village of Lily Lake amctavish@fmcolaw.com

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        Robert R Benjamin    on behalf of Joint Debtor Velma J. Powers rrbenjamin@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;kkussmann@golanchristie.com

        Robert R Benjamin    on behalf of Debtor Randy L. Conaway rrbenjamin@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;kkussmann@golanchristie.com

        TOTAL: 11