UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
CONAWAY, RANDY L. § Case No. 12-20719
POWERS, VELMA J. §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

   4)  This case was originally filed under chapter     on             , and it was converted to chapter 7 on             . The case was pending for     months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____  By:/s/Elizabeth C. Berg_____
                                                                            Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National City PO Box 5570 Cleveland, OH 44101 | | | | | |
| | RSB Citizens, N.A. 1 Citizens Plaza Providence, RI 02903 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ridgestone Bank 13925 W. North Ave Brookfield, WI 53005 | | | | | |
| | Ridgestone Bank 13925 W. North Ave Brookfield, WI 53005 | | | | | |
| | Ridgestone Bank 13925 W. North Ave Brookfield, WI 53005 | | | | | |
| | U.S. Small Business Administration 409 3rd St, SW Washington, DC 20416 | | | | | |
| | U.S. Small Business Administration 409 3rd St, SW Washington, DC 20416 | | | | | |
| 000001 | PNC BANK | | | | | |
| 000005 | VILLAGE OF LILY LAKE | | | | | |
| 000003 | CITIZENS AUTO FINANCE | | | | | |
| 000004 | PNC BANK, NATIONAL ASSOCIATION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| ELIZABETH C. BERG | | | | | |
| INTL SURETIES | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GOLAN & CHRISTIE | | | | | |
| GOLAN & CHRISTIE | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kane County Clerk 719 Batavia Ave. Geneva, IL 60134 | | | | | |
| | Kane County Clerk 719 Batavia Ave. Geneva, IL 60134 | | | | | |
| | Kane County Clerk 719 Batavia Ave. Geneva, IL 60134 | | | | | |
| | Kane County Clerk 719 Batavia Ave. Geneva, IL 60134 | | | | | |
| | Kane County Clerk 719 Batavia Ave. Geneva, IL 60134 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Village of Lily Lake 43W870 Empire Rd. Saint Charles, IL 60175 | | | | | |
| | Village of Lily Lake 43W870 Empire Rd. Saint Charles, IL 60175 | | | | | |
| | Village of Lily Lake 43W870 Empire Rd. Saint Charles, IL 60175 | | | | | |
| | Village of Lily Lake 43W870 Empire Rd. Saint Charles, IL 60175 | | | | | |
| | Village of Lily Lake 43W870 Empire Rd. Saint Charles, IL 60175 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chad B. Gunderson 2500 Riivendell Dr New Lenox, IL 60451 | | | | | |
| | Development Properties, Inc. 44 White Oak Circle Saint Charles, IL 60174 | | | | | |
| | Dirk V. Gunderson 2500 Riivendell Drive New Lenox, IL 60451 | | | | | |
| | Mark Vestuto 1271 Fellows St. Saint Charles, IL 60174 | | | | | |
| | Ridgestone Bank 13925 W. North Ave Brookfield, WI 53005 | | | | | |
| | Village of Lily Lake 43W955 Twilight Lane Saint Charles, IL 60175 | | | | | |
| 000006A | RIDGESTONE BANK | | | | | |
| 000002 | WESTERN SURVEYING & ENGINEERING | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1 - Successor Trustee Report**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-20719   DRC   Judge: DONALD R. CASSLING | Trustee Name: Elizabeth C. Berg |
| Case Name: | CONAWAY, RANDY L. | Date Filed (f) or Converted (c): 09/11/12 (c) |
| | POWERS, VELMA J. | 341(a) Meeting Date: 10/25/12 |
| For Period Ending: | 09/08/14 | Claims Bar Date: 01/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 255,112.00 | 25,000.00 | | 20,000.00 | FA |
| Single Family Dwelling 43 W. 330 Creekside Ct. St. Charles, IL 60175 | | | | | |
| 2. Other Real Estate | 150,000.00 | 0.00 | | 0.00 | FA |
| Uninhabitable Farm House; Barn, 2 Story Residence 8.0 Acres 42W542 Rt. 64 St. Charles, IL 60175  Cross Collateralized w/ 4 acre property | | | | | |
| 3. Other Real Estate | 300,000.00 | 0.00 | | 0.00 | FA |
| Single Use Commercial 4.0 Acres 6 N. 947 Rt. 47 Maple Park, IL 60151 *Cross Collateralized w/ Uninhabitable Farm House (Ridgestone Bank) | | | | | |
| 4. Checking Account | 12,672.67 | 0.00 | | 0.00 | FA |
| Harris Bank, St. Charles | | | | | |
| 5. Checking Account | 1,328.46 | 0.00 | | 0.00 | FA |
| PNC Checking | | | | | |
| 6. Schwab Brokerage | 45,365.00 | 46,268.92 | | 46,268.92 | FA |
| Schwab Brokerage | | | | | |
| 7. Household Goods and Furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| Household Goods and Furnishings | | | | | |
| 8. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| Wearing Apparel | | | | | |
| 9. Furs and Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| Jewelry | | | | | |
| 10. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Country Companies $100,000.00 Term | | | | | |
| 11. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Country Companies $100,000.00 Term | | | | | |
| 12. Pension, Retirement, Profit Sharing | 3,297.00 | 0.00 | | 0.00 | FA |

**FORM 1 - Successor Trustee Report**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 12-20719 DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | CONAWAY, RANDY L. | Date Filed (f) or Converted (c): | 09/11/12 (c) |
|  | POWERS, VELMA J. | 341(a) Meeting Date: | 10/25/12 |
|  |  | Claims Bar Date: | 01/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Waddle & Reed Traditional IRA | | | | | |
| 13. Pension, Retirement, Profit Sharing | 2,242.00 | 0.00 | | 0.00 | FA |
| Waddle & Reed Traditional IRA | | | | | |
| 14. Pension, Retirement, Profit Sharing | 3,621.00 | 0.00 | | 0.00 | FA |
| Schwab Traditional IRA | | | | | |
| 15. Pension, Retirement, Profit Sharing | 43,911.00 | 0.00 | | 0.00 | FA |
| Schwab Roth IRA | | | | | |
| 16. Pension, Retirement, Profit Sharing | 45,012.00 | 0.00 | | 0.00 | FA |
| Schwab Roth IRA | | | | | |
| 17. 75% R.L. Conaway & Assoc., Inc. d/b/a FORSTAR Qual | 0.00 | 0.00 | | 0.00 | FA |
| 75% R.L. Conaway & Assoc., Inc. d/b/a FORSTAR Quality Landscaping | | | | | |
| 18. 25% R.L. Conaway & Assoc., Inc. d/b/a FORSTAR Qual | 0.00 | 0.00 | | 0.00 | FA |
| 25% R.L. Conaway & Assoc., Inc. d/b/a FORSTAR Quality Landscaping | | | | | |
| 19. 45% Foracres, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 45% Foracres, Inc. | | | | | |
| 20. 55% Foracres, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 55% Foracres, Inc. | | | | | |
| 21. 50% Member: RA & VE, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 50% Member: RA & VE, LLC | | | | | |
| 22. 50% Member: RA & VE, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 50% Member: RA & VE, LLC | | | | | |
| 23. FOID (Illinois) | 0.00 | 0.00 | | 0.00 | FA |
| FOID (Illinois) | | | | | |
| 24. Vehicles | 300.00 | 0.00 | | 0.00 | FA |

LFORM1
Ver: 18.01

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 1 - Successor Trustee Report**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| Case No: | 12-20719   DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | CONAWAY, RANDY L. | Date Filed (f) or Converted (c): | 09/11/12 (c) |
|  | POWERS, VELMA J. | 341(a) Meeting Date: | 10/25/12 |
|  |  | Claims Bar Date: | 01/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. Vehicles<br>1985 Chevrolet Pickup | 800.00 | 0.00 |  | 0.00 | FA |
| 26. Vehicles<br>1995 Chevrolet Pickup | 1,250.00 | 0.00 |  | 0.00 | FA |
| 27. Vehicles<br>1995 Chevrolet Pickup | 900.00 | 0.00 |  | 0.00 | FA |
| 28. 2010 Chevrolet Silverado<br>1999 Chevrolet Truck (Owned Jointly with FORSTAR Landscaping) | 25,000.00 | 0.00 |  | 0.00 | FA |
| 29. Vehicles<br>2010 Chevrolet Silverado | 500.00 | 0.00 |  | 0.00 | FA |
| 30. Vehicles<br>1970 Fruehauf Corp Truck (Owned Jointly with Todd N. Williams) | 1,500.00 | 0.00 |  | 0.00 | FA |
| 31. 2003 Haulmark Trailer (Owned Jointly with FORSTAR<br>1999 GMC Yukon<br>2003 Haulmark Trailer (Owned Jointly with FORSTAR Landscaping) | 750.00 | 0.00 |  | 0.00 | FA |
| 32. Cause of Action for intentional tort claim against<br>Cause of Action for intentional tort claim against Jame Joseph Spicuzza, Charles John Enright, Corey Mark Rotza, and Ridgestone Bank | 0.00 | 0.00 |  | 0.00 | FA |
| 33. Bank Account - DIP (u) | 0.00 | 19,829.65 |  | 19,829.65 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $900,061.13 | $91,098.57 |  | $86,098.57 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

_____

**FORM 1 - Successor Trustee Report**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-20719    DRC    Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| Case Name: | CONAWAY, RANDY L. | Date Filed (f) or Converted (c): | 09/11/12 (c) |
| | POWERS, VELMA J. | 341(a) Meeting Date: | 10/25/12 |
| | | Claims Bar Date: | 01/28/13 |

TR appointed chapter 7 trustee in converted chapter 11 of couple owning landscaping business and multiple real properties.  TR investigated assets subject to liens of Ridgestone Bank, including multiple parcels of real estate and landscape equipment, determined no equity for estate and consented to relief from stay.  TR obtained turnover of DIP account and Debtors' non-exempt brokerage account.  TR negotiated purchase by Debtors of estate's interest in Debtors' residence with exempt retirement funds and collected $20,000. Trustee has reviewed claims, negotiated secured claim of Village of Lily Lake and Citizens Auto Finance to obtain withdrawal of claims; Trustee  filed and prevailed on claim objection against residential mortgagee.  Trustee filed Estate's final tax returns

Initial Projected Date of Final Report (TFR): 12/31/14         Current Projected Date of Final Report (TFR): 03/31/14

FORM 2 - Successor Trustee Report

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-20719 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | CONAWAY, RANDY L. | | Bank Name: | Associated Bank |
| | POWERS, VELMA J. | | Account Number / CD #: | *******5901  Checking Account |
| Taxpayer ID No: | *******9073 | | | |
| For Period Ending: | 09/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 85,586.17 | | 85,586.17 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 49.24 | 85,536.93 |
| 02/06/14 | 005001 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | 2013 Bond Premium<br>Bond Number: #016026455 | 2300-000 | | 58.78 | 85,478.15 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 127.15 | 85,351.00 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 114.65 | 85,236.35 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 126.72 | 85,109.63 |
| 07/30/14 | 005002 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Final Compensation | 2100-000 | | 7,554.93 | 77,554.70 |
| 07/30/14 | 005003 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | TR Attys Final Compensation | 3110-000 | | 6,130.00 | 71,424.70 |
| 07/30/14 | 005004 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Accountant for TR Fees (Other Firm) | 3410-000 | | 1,176.00 | 70,248.70 |
| 07/30/14 | 005005 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Final Expenses | 2200-000 | | 18.02 | 70,230.68 |
| 07/30/14 | 005006 | Golan & Christie<br>Attn: Robert Benjamin<br>70 W. Madison St. #1500<br>Chicago IL 60602 | Attorney for D-I-P Fees (Chapter 11 | 6210-160 | | 24,248.00 | 45,982.68 |
| | | | Page Subtotals | | 85,586.17 | 39,603.49 | |

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2 - Successor Trustee Report

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-20719 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | CONAWAY, RANDY L. | Bank Name: | Associated Bank |
| | POWERS, VELMA J. | Account Number / CD #: | *******5901 Checking Account |
| Taxpayer ID No: | *******9073 | | |
| For Period Ending: | 09/08/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/14 | 005007 | Golan & Christie<br>Attn: Robert Benjamin<br>70 W. Madison St. #1500<br>Chicago IL 60602 | Attorney for D-I-P Expenses (Chapte | 6220-170 | | 366.75 | 45,615.93 |
| 07/30/14 | 005008 | Western Surveying & Engineering<br>c/o Edgerton & Edgerton<br>125 Wood St. PO Box 218<br>West Chicago, IL 60186 | Claim 000002, Payment 1.93408% | 7100-000 | | 230.15 | 45,385.78 |
| 07/30/14 | 005009 | Ridgestone Bank<br>c/o Edmond M. Burke, Esq.<br>Chuhak & Tecson, P.C.<br>30 S. Wacker Dr., Ste. 2600<br>Chicago, IL 60606 | Claim 000006A, Payment 1.93406% | 7100-000 | | 45,385.78 | 0.00 |

|  |  | COLUMN TOTALS | 85,586.17 | 85,586.17 | 0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers/CD's | 85,586.17 | 0.00 | |
| | | Subtotal | 0.00 | 85,586.17 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 85,586.17 | |

Page Subtotals     0.00     45,982.68

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2 - Successor Trustee Report

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 12-20719 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | CONAWAY, RANDY L. | Bank Name: | Congressional Bank |
|  | POWERS, VELMA J. | Account Number / CD #: | *******8522  Checking Account |
| Taxpayer ID No: | *******9073 | | |
| For Period Ending: | 09/08/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/12 | 33 | Velma Powers<br>Chase Cashier's Check | Debtors' DIP Account Balance | 1229-000 | 19,829.65 | | 19,829.65 |
| 10/18/12 | 6 | Charles Schwab<br>211 Main Street<br>San Francisco, CA  94105 | Turnover - Brokerage Acct Funds | 1129-000 | 46,268.92 | | 66,098.57 |
| 01/29/13 | 1 | Randy Conaway<br>Chase Cashier's Check | INTEREST IN 43W330 CREEKSIDE CT | 1110-000 | 20,000.00 | | 86,098.57 |
| 02/15/13 | 001001 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans,  LA  70139 | Trustee Bond Annual Premium<br>Bond # 016026455 | 2300-000 | | 71.22 | 86,027.35 |
| 03/08/13 | | CONGRESSIONAL BANK<br>6500 ROCK SPRING DRIVE<br>SUITE 300<br>BETHESDA, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 82.54 | 85,944.81 |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 91.26 | 85,853.55 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 88.27 | 85,765.28 |
| 06/18/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee actually occurred on June 4, 2013. TCMS will not allow me to back date more than 30 days. Transaction was entered on July 18. ~JMM 7.18.13 | 2600-000 | | 91.08 | 85,674.20 |
| 07/05/13 | | Congressional Bank | Monthly Bank Service Fee | 2600-000 | | 88.03 | 85,586.17 |
| | | | Page Subtotals | | 86,098.57 | 512.40 | |

LFORM24

Ver: 18.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2 - Successor Trustee Report

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-20719 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | CONAWAY, RANDY L. | | Bank Name: | Congressional Bank |
| | POWERS, VELMA J. | | Account Number / CD #: | *******8522  Checking Account |
| Taxpayer ID No: | *******9073 | | | |
| For Period Ending: | 09/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/20/13 | | 6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817<br>Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 85,586.17 | 0.00 |

```
                                        COLUMN TOTALS                  86,098.57       86,098.57            0.00
                                   Less: Bank Transfers/CD's                0.00       85,586.17
                                        Subtotal                       86,098.57          512.40
                                   Less: Payments to Debtors                                0.00
                                        Net                            86,098.57          512.40

                                                                                         NET          ACCOUNT
          TOTAL - ALL ACCOUNTS                 NET DEPOSITS       DISBURSEMENTS          BALANCE
          Checking Account - ********5901              0.00           85,586.17             0.00
          Checking Account - ********8522         86,098.57              512.40             0.00
                                              -----------------   -----------------   -----------------
                                                  86,098.57           86,098.57             0.00
                                              =================   =================   =================
                                            (Excludes Account   (Excludes Payments      Total Funds
                                                 Transfers)          To Debtors)          On Hand
```

Page Subtotals        0.00    85,586.17

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*